# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTINE E. GRAY, | Case No.: 2:19-cv-01546-KJD-NJK |
| Plaintiff(s), | **Order** |
| v. | |
| ANDREW SAUL, | |
| Defendant(s). | |

In light of the filing of a notice of voluntary dismissal, the Court **VACATES** the show cause hearing that had been set for October 24, 2019. The Court further **ORDERS** Plaintiff's counsel to serve Plaintiff herself with copies of this order, as well as the orders at Docket Nos. 4 and 6, which make clear that this case has been dismissed based on counsel's failure to file an appeal in a timely manner. A proof of service must be filed by October 29, 2019.

IT IS SO ORDERED.

Dated: October 22, 2019

_____
Nancy J. Koppe
United States Magistrate Judge